38000. HARRIS et al. v. GREEN et al.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

DECIDED NOVEMBER 24, 1981.

*Gilberg, Kraselsky & Gray, Loring A. Gray, Jr.,* for appellants.

*William E. Smith, Jesse G. Bowles, Sr.,* for appellees.